# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160414

HOLLY SWITALSKI, Personal Representative of the
ESTATE OF EDWARD SWITALSKI, Deceased,
      Plaintiff-Appellee,

v

BRANDON W. CLEVENGER,
      Defendant,

and

HAMILTON MUTUAL INSURANCE COMPANY
and EMPLOYERS MUTUAL CASUALTY
COMPANY,
      Defendants-Appellants.

SC: 160414
COA: 348793
Kalamazoo CC: 2017-000522-NI

_____/

On order of the Court, the application for leave to appeal the September 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020

Clerk

p0408